UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD JAMES SHOVE,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>HSAKEN D'AMICO, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 2:25-cv-01297-JAD-MDC<br><br>**ORDER** |

On July 17, 2025, pro se plaintiff Leonard Shove, an inmate at Nevada Southern Detention Center, submitted a letter addressed to the Chief U.S. Marshal and administrative grievance forms. (ECF No. 1-1). Plaintiff did not file a complaint, and he neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1).

**I.　DISCUSSION**

　　**A.　Filing Fee**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**B.    Complaint Form**

Under the local rules, a pro se plaintiff must file a civil rights complaint on the form provided by this Court or it must be legible and contain substantially all the information called for by the Court's form. *See* Nev. Loc. R. Prac. LSR 2-1. Plaintiff's initiating documents do not satisfy this requirement. Plaintiff must file a complaint on this Court's approved form to proceed with this civil-rights lawsuit.

**II.    CONCLUSION**

It is therefore ordered that Plaintiff has **until October 3, 2025**, to accomplish the following two items:

1)    File his complaint using the correct form for federal court.

2)    Either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three of the following required documents:

(i) a completed application with the inmate's two signatures on page 3,

(ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and

(iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

If this civil-rights lawsuit was filed in error (e.g., Plaintiff intended to send his letter and grievance forms to the leader of the U.S. Marshals Service in Nevada), then he may file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action without prejudice.

The Clerk of the Court is directed to send Plaintiff: (1) this Court's approved 42 U.S.C. § 1983 complaint form with instructions, and (2) this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: August 4, 2025

_____
UNITED STATES MAGISTRATE JUDGE