**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Leonard James Shove,

Plaintiff

v.

Ken D'Amico, et. al.,

Defendants

Case No. 2:25-cv-01297-JAD-MDC

**Order Granting Motion to Extend Deadline Nunc Pro Tunc**

[ECF No. 8]

Plaintiff Leonard Shove brings this pro se civil-rights action to redress constitutional violations that he allegedly suffered while detained at Nevada Southern Detention Center. I previously dismissed Shove's complaint with leave to amend by July 6, 2026.[1] Before that deadline expired, Shove dispatched a notice informing the court about his updated address[2] and a motion to extend the deadline by 60 days because his needed medical records are forthcoming.[3]

Good cause appearing, IT IS HEREBY ORDERED that Shove's motion to extend time **(ECF No. 8) is GRANTED nunc pro tunc**, and the deadline for him to file an amended complaint is **EXTENDED to September 14, 2026**.

Shove is cautioned that this action will be subject to dismissal without prejudice if he fails to file an amended complaint **by September 14, 2026**.

Dated: July 17, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 6.

[2] ECF No. 7.

[3] ECF No. 8.